IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| EZZAT OUZA, ) | |
| ) | CASE NO.: 9:13-cv-02002-SB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY BUCHANAN, in his official ) | |
| and individual capacities, ) | |
| ) | |
| and ) | |
| ) | |
| TOWN OF RIDGELAND, SOUTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendants. ) | |

**Plaintiff Ezzat Ouza's Responses to Local Rule 26.01 Interrogatories**

TO THE HONORABLE COURT:

1. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

    **Response: None.**

2. As to each claim, state whether it should be tried jury or nonjury and why.

    **Response: Plaintiff desires to have all claims tried by a jury.**

3. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Response: Plaintiff in this action is an individual and is not a publicly owned company.**

4. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

    **Response: The facts and circumstance giving rise to this action occurred in within the boundaries of the Beaufort Division.**

5. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether there are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

    **Response: This action is not related to any other matter filed in this District.**

Respectfully Submitted,

s/Ben Le Clercq

Ben Whaley Le Clercq
Le Clercq Law Firm
District Court # 7453
SC Bar # 65754
353 N. Shelmore Suite 260
Mt. Pleasant, SC 29464
(843) 722-3523
Counsel for Plaintiff

Date: July 19, 2013