AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina ▼

| | |
|---|---|
| Ezzat Ouza <br><br> *Plaintiff(s)* <br> v. <br> Anthony Buchanon and <br> Town of Ridgeland, South Carolina <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 9:13-cv-02002-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Buchanon
PO Box 1119
One Town Square
Ridgeland, SC 29936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Le Clercq Law Firm
353 North Shelmore Blvd, Suite 260
Mount Pleasant, SC 29464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Robin L. Blume

7/22/2013
Date: ~~07/19/2013~~                                 s/ S. Shealy
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ezzat Ouza <br><br> *Plaintiff(s)* <br> v. <br> Anthony Buchanon and <br> Town of Ridgeland, South Carolina <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:13-cv-02002-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Town of Ridgeland
PO Box 1119
One Town Square
Ridgeland, SC 29936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Le Clercq Law Firm
353 North Shelmore Blvd, Suite 260
Mount Pleasant, SC 29464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Robin L. Blume

Date:  7/22/2013
~~07/19/2013~~



s/ S. Shealy
*Signature of Clerk or Deputy Clerk*