IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **Ezzat Ouza**, | ) |
|         **Plaintiff**, | ) CASE NO.: 9:13-cv-2002-SB |
| v. | ) |
| **Anthony Buchanan, in his official and individual capacities; and Town of Ridgeland, South Carolina**, | ) |
|         **Defendants**. | ) |

## NOTICE OF FILING

Plaintiff's undersigned counsel gives Notice of Filing of Defendants' Waiver of Service of Summons form, signed and received on September 18, 2013.

Dated: September 20, 2013

        Respectfully submitted,

        s/Ben Le Clercq_____

        Benjamin Scott Whaley Le Clercq
        353 North Shelmore, Suite 260
        Mt. Pleasant, South Carolina 29464
        Phone: 843 722-3523
        Email: Ben@LeClercqLaw.com
        South Carolina Bar No. 65754
        U.S. District Court # 7453

        *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| EZZAT OUZA, | ) |
|         Plaintiff, | ) CASE NO.: 9:13-cv-2002-SB |
| v. | ) |
| ANTHONY BUCHANAN, in his official and individual capacities, | ) **WAIVER OF THE SERVICE OF SUMMONS** |
|         and | ) |
| TOWN OF RIDGELAND, SOUTH CAROLINA, | ) |
|         Defendants. | ) |

To:   Ben Le Clercq
       Le Clercq Law Firm
       353 North Shelmore Drive, Suite 260
       Mt. Pleasant, SC 29464
       *Counsel for Ezzat Ouza, Plaintiff*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 27, 2013, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

*[signature]* Timothy Domin

Date: SEPT. 18, 2013

ATTNY FOR BUCHANAN + RIDGELAND

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

2