IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
**BEAUFORT** DIVISION

| | | |
|---|---|---|
| EZZAT OUZA, | ) | CA **9:13cv2002** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONFERENCE AND** |
| -versus- | ) | **SCHEDULING ORDER** |
| | ) | |
| ANTHONY BUCHANAN, etc., and TOWN OF | ) | |
| RIDGELAND, SOUTH CAROLINA, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. Discovery may begin upon receipt of this order.

1. A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than **November 18, 2013**.[1] At conference the parties shall confer concerning all matters set forth in Fed. R. Civ. P. 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary.[2]

2. No later than **December 2, 2013** the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.[3]

3. No later than **December 2, 2013** the parties shall file a Rule 26(f) Report. Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report.[4]

4. Motions to join other parties and amend the pleadings (Fed. R. Civ. P. 16(b)(1)) shall be filed no later than **December 27, 2013**.

5. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **January 23, 2014**.



---

[1]Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances.

[2]The parties shall also consider whether they wish to consent to trial before a United States Magistrate Judge. See Notice of Availability of United States Magistrate Judge at **www.scd.uscourts.gov**

[3]Pursuant to Fed. R. Civ. P. 26(a)(1), the parties may, by stipulation, agree not to make some or all of the Rule 26(a)(1) initial disclosures. If such a stipulation is made, it shall be confirmed in writing between the parties. See Fed. R. Civ. P. 29 and Local Civil Rule 29.01.

[4]Rule 26(f) Report form available at **www.scd.uscourts.gov**

6. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **February 24, 2014**.

7. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **February 24, 2014**. Objections to such affidavits must be made within fourteen (14) after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8. Discovery shall be completed no later than **April 23, 2014**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

9. Motions in limine must be filed no later than **July 22, 2014**.

10. All dispositive motions shall be filed on or before **May 8, 2014**. (Fed. R. Civ. P. 16(b)(2)).

11. Mediation, pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before **July 7, 2014**. See Standing Order to Conduct Mediation which sets forth mediation requirements.[5] At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of Judge Blatt's Standing Order; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel. See Local Rule 16.03.



12. No later than **July 22, 2014** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

13. Parties shall furnish the Court pretrial briefs five (5) business days prior to the date set for jury selection (Local Civil Rule 26.05).[6] Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

---

[5] Judge Blatt's Standing Order to Conduct Mediation and Mediation Inititation Form available at www.scd.uscourts.gov

[6] Judge Blatt requires that pretrial briefs be sent to the Clerk of Court but not exchanged by the parties and will be solely for the use of the court.

14. This case is subject to being called for jury selection and trial on or after **August 12, 2014**.

Sol Blatt, Jr.
Senior United States District Judge

Dated: **October 29, 2013**
Charleston, South Carolina

Pursuant to Local Civil Rule 83.I.08, this order is being sent to local counsel only.

