IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Ezzat Ouza | ) | CA: 9:13-cv-2002-SB |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| Anthony Buchanan, in his official and individual capacities, and Town of Ridgeland, South Carolina | ) ) ) ) | |
| Defendant(s). | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐  We agree that the schedule set forth in the Conference and Scheduling Order filed _____ is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

X   We agree that the schedule set forth in the Conference and Scheduling Order filed October 30, 2013 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

|              PLAINTIFF(S)              |              DEFENDANT(S)              |
| --- | --- |

<u>s/ Benjamin Scott Whaley LeClercq</u>
*Signature of Plaintiff's Counsel*

<u>s/ Timothy A. Domin</u>
*Signature of Defendant's Counsel*

<u>Benjamin Scott Whaley LeClercq         </u>
*Printed Name of Plaintiff's Counsel*
*Attorney for Plaintiff*

<u>Timothy A. Domin                       </u>
*Printed Name of Defendant's Counsel*
*Attorney for Defendants*

_____
*Signature of Plaintiff's Counsel*

_____
*Signature of Defendant's Counsel*

_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*

_____
*Printed Name of Defendant's Counsel*
*and Party Represented*

_____
*Signature of Plaintiff's Counsel*

_____
*Signature of Defendant's Counsel*

_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*

_____
*Printed Name of Defendant's Counsel*
*and Party Represented*

_____
*Signature of Plaintiff's Counsel*

_____
*Signature of Defendant's Counsel*

_____
*Printed Name of Plaintiff's Counsel*
*and Party Represented*

_____
*Printed Name of Defendant's Counsel*
*and Party Represented*

*Dated:*

*Dated:*