IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION
CIVIL ACTION NO. 9:13-cv-2002-SB

| | |
|---|---|
| Ezzat Ouza,<br><br>   Plaintiff,<br><br>vs.<br><br>Anthony Buchanan, in his official and individual capacities,<br><br>   and<br><br>Town of Ridgeland, South Carolina,<br><br>   Defendants. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>PURSUANT TO RULE 41** |

**WHEREAS,** that the Plaintiff and Defendants have settled and compromised their differences pursuant to Rule 41(a). The Plaintiff hereby dismisses and ends this action with prejudice as to all claims filed or which could have been filed arising out of the subject matter of the within lawsuit. This is with the consent of all parties who have appeared in this action, with each side to bear its own costs and attorneys fees.

CLAWSON AND STAUBES, LLC            LE CLERCQ LAW FIRM, P.C.

s/Timothy A. Domin                                   s/Benjamin Scott Whaley Le Clercq
Timothy A. Domin                                      Benjamin Scott Whaley Le Clercq
District of S. C. Federal Bar No. 5828      District of S. C. Federal Bar No. 7453
126 Seven Farms Drive, Suite 200          353 North Shelmore, Suite 260
Charleston, SC 29492                              Mt. Pleasant, SC 29464
843-577-2026                                           843-722-3523

Attorney for Defendants                            Attorney for Plaintiff